377 A.2d 989

Commonwealth, Appellant, v. Sansone.

Argued June 13, 1977. David J. Brightbill, Assistant District Attorney, for Commonwealth, appellant; Arthur L. Goldberg, with him Goldberg, Evans & Katzman, for appellee.

Order affirmed.

606

PRICE, J., did not participate in the consideration or decision of this case.